**Sy Lee CASTLE, Plaintiff–Appellant,**

v.

**M. KNOWLES, Warden;  et al., Defendants–Appellees.**

**No. 10–16372.**

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed July 7, 2011.

Sy Lee Castle, Soledad, CA, pro se.

Constance L. Picciano, Esquire, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, Kenneth T. Roost, Esquire, AGCA–Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

### MEMORANDUM **

California state prisoner Sy Lee Castle appeals pro se from the district court's judgment dismissing his action alleging a violation of his rights under Title II of the Americans with Disabilities Act ("ADA"). We have jurisdiction under 28 U.S.C.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

§ 1291. We review de novo. *Edwards v. Marin Park, Inc.,* 356 F.3d 1058, 1061 (9th Cir.2004). We affirm.

The district court properly dismissed Castle's action for monetary damages because Castle failed to allege facts demonstrating that defendants were deliberately indifferent to his disability. *See Duvall v. Cnty. of Kitsap,* 260 F.3d 1124, 1138–39 (9th Cir.2001) (claims for monetary relief under Title II of the ADA require the plaintiff to establish intentional discrimination based on deliberate indifference, namely, "both knowledge that a harm to a federally protected right is substantially likely, and a failure to act upon that ... likelihood").

Castle's remaining contentions are unpersuasive.

**AFFIRMED.**